IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY N. STROMBERG,** )<br>  **Petitioner,** )<br> ) <br> v. ) <br> )<br>**THE DISTRICT ATTORNEY** )<br>**OF THE COUNTY OF BUCKS, et al.** )<br> )<br>  **Respondents.** ) | **CIVIL ACTION**<br>**NO. 09-cv-401** |

### ORDER

**AND NOW**, this 15th day of May 2009, upon consideration of Petitioner's Motion to Place the Case in Suspense [Doc. No. 13], and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin [Doc. No. 15], it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED** and the Petition will be held in abeyance pending exhaustion of state remedies;

2. The case shall be placed on the civil suspense docket and Petitioner shall exhaust all claims in state court;

3. Within thirty (30) days of the conclusion of the state proceedings, including any appellate proceedings related thereto, Petitioner shall notify the Court that those proceedings are concluded and the case is ready to proceed in this Court;

4. Petitioner's Motion to Place the Case in Suspense is DISMISSED AS MOOT.

It is so **ORDERED**.

**BY THE COURT:**

**s/Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**